# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sigler, Sage M. | U.S. Bankruptcy Court, Northern District of Georgia | 4/24/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge (Active, Full Time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1215 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sigler, Sage M. | 4/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Alston & Bird LLP | $67,741.93 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/27/2018-10/31/2018 | San Antonio, TX | National Conference of Bankruptcy Judges Annual Meeting and Seminar Presentation | Transportation and Lodging |
| 2. | American Bankruptcy Institute | 11/8/2018-11/10/2018 | Chicago, IL | Annual Corporate Restructuring Competition | Transportation, Lodging and Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sigler, Sage M. | 4/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Alston & Bird LLP | Judicial Robe | $415.95 |
| 2. | Alston & Bird LLP | Reception Following Investiture | $5,760.22 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Roundpoint Mortgage | Mortgage on Vacation Rental Property | N |
| 2. | U.S. Department of Education/Nelnet | Student Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sigler, Sage M. | 4/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vacation Rental Property, Isle of Palms, SC | E | Rent | O | W | | | | | |
| 2. AT&T Stock | A | Dividend | J | T | | | | | |
| 3. Merck Stock | A | Dividend | J | T | | | | | |
| 4. Walgreens Stock | A | Dividend | J | T | | | | | |
| 5. Wells Fargo Cash Accounts | | None | J | T | | | | | |
| 6. Chase Cash Accounts | A | Interest | J | T | | | | | |
| 7. Capital One 360 Cash Accounts | B | Interest | L | T | | | | | |
| 8. Health Savings Account (H) | | | | | | | | | |
| 9. Vanguard 500 Index Fund Admiral Shares (VFIAX) | A | Dividend | K | T | | | | | |
| 10. Vanguart Int. Growth Fund Admiral Shares (VWILX) | A | Dividend | J | T | | | | | |
| 11. Vanguard Mid-Cap Index Fund Admiral Shares (VIMAX) | A | Dividend | J | T | | | | | |
| 12. Vanguard Small-Cap Index Fund Admiral Shares (VSMAX) | A | Dividend | J | T | | | | | |
| 13. Vanguard Total Int. Stock Index Fund Admiral Shares (VTIAX) | A | Dividend | J | T | | | | | |
| 14. 401(k) Account (H) | | | | | | | | | |
| 15. Invesco Equity and Income R5 | A | Dividend | J | T | | | | | |
| 16. PIMCO All Asset Inst. | A | Dividend | J | T | Sold (part) | 01/19/18 | J | | |
| 17. Vanguard Instl. Target Retirement 2045 Fd | B | Dividend | L | T | Buy (add'l) | 01/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sigler, Sage M. | 4/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Advisor Small Cap I | A | Dividend | | | Sold (part) | 01/19/18 | J | | |
| 19. | | | | | Sold | 06/07/18 | J | | |
| 20. Principal SmallCap R-6 | B | Dividend | J | T | Buy | 06/07/18 | J | | |
| 21. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 22. Fidelity Contrafund CIT | A | Dividend | K | T | Buy (add'l) | 01/19/18 | J | | |
| 23. | | | | | Sold (part) | 11/05/18 | J | | |
| 24. Fidelity Low Priced Stock | B | Dividend | J | T | Buy (add'l) | 01/19/18 | J | | |
| 25. MFS Mid Cap Value I | B | Dividend | | | Buy (add'l) | 01/19/18 | J | | |
| 26. | | | | | Sold | 12/18/18 | K | | |
| 27. MFS Mid Cap Value R-6 | | None | K | T | Buy | 12/18/18 | K | | |
| 28. PRIMECAP Odyssey Aggressive Growth | B | Dividend | K | T | Sold (part) | 01/19/18 | J | | |
| 29. T. Rowe Price Growth Stock | C | Dividend | | | Sold (part) | 01/19/18 | K | | |
| 30. | | | | | Sold (part) | 11/05/18 | J | | |
| 31. | | | | | Sold | 12/18/18 | L | | |
| 32. WF/T Rowe Price Inst LCG Mgd CIT N | | None | K | T | Buy | 12/18/18 | L | | |
| 33. Wells Fargo Enhanced Stock Market CIT N | A | Dividend | K | T | Sold (part) | 01/19/18 | K | | |
| 34. | | | | | Buy (add'l) | 12/04/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sigler, Sage M. | 4/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Oppenheimer Developing Markets Y | A | Dividend | K | T | Buy (add'l) | 01/19/18 | J | | |
| 36. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 37. Vanguard Total Intl. Stock Index Inst. | B | Dividend | L | T | Buy (add'l) | 01/19/18 | K | | |
| 38. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 39. AllianzGI Technology Institutional | B | Dividend | J | T | Buy (add'l) | 01/19/18 | K | | |
| 40. | | | | | Sold (part) | 11/05/18 | J | | |
| 41. Invesco Real Estate R5 | A | Dividend | J | T | Sold (part) | 01/19/18 | K | | |
| 42. | | | | | Sold (part) | 11/05/18 | J | | |
| 43. | | | | | Sold (part) | 12/04/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sigler, Sage M. | 4/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sage M. Sigler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544